Case 12-49607    Doc 3    Filed 12/18/12    Entered 12/29/12 14:57:25    Desc Main
Document        Page 4 of 4

B3B (Official Form 3B) (11/11) -- Cont.            Document        Page 4 of 4

# UNITED STATES BANKRUPTCY COURT

In re: Debtor(s) Krishanna Bond          Case No. _12-49607_

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before _Jan 18, 2013_

$ 76.50 on or before _Feb. 19, 2013_

$ 76.50 on or before _Mar. 19, 2013_

$ 76.50 on or before _April 19, 2013_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                             (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 12-20-12

BY THE COURT:

_Carol A. Doyle_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                    )        Chapter 7
                                          )
**Krishonna Bond,**                       )        **No. 12 B 49607**
                          Debtor.         )

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____, 2012 she caused to be

served via First Class Mail the attached Order on Debtor's Application for Waiver of Chapter 7

Filing Fee to the person listed below.

**Krishonna Bond**
**4938 W. Washington**
**Chicago, IL    60644**